**BRYAN CAVE LLP**
C. Scott Greene, California Bar No. 277445
Thomas Lee, California Bar No. 275306
Sharon L. Stewart, California Bar No. 235706
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
Email: scott.greene@bryancave.com
          tom.lee@bryancave.com
          stewarts3@bryancave.com

**Attorneys for Defendant**
BANK OF AMERICA, N.A.

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CATHY SANDERS and GREG SANDERS,<br><br>             Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; SELECT PORTFOLIO SERVICING, INC. and DOES 1 – 10, inclusive,<br><br>             Defendants. | Case No. 2:13-CV-00203-JAM-DAD<br><br>Hon. John A. Mendez<br><br>**JOINT STIPULATION TO CONTINUE DEFENDANT BANK OF AMERICA, N.A.'S TIME TO RESPOND**<br><br>Complaint Filed:   October 30, 2012<br>Trial Date:             Not Assigned |

## **STIPULATION**

Defendant Bank of America, N.A. ("Defendant") and Plaintiffs Cathy Sanders and Greg Sanders ("Plaintiffs"), by and through their counsel of record, hereby stipulate and agree as follows:  Plaintiffs have granted Defendants an extension of time to respond to the Complaint up to and including **February 19, 2013**.  This change will not alter the date of any event or any deadline already fixed by Court order.

**IT IS SO STIPULATED.**

Dated:  February 11, 2013          Respectfully submitted,

**LAW OFFICE OF JOEL M. FEINSTEIN, APC**


By:    /s/ Chris Nguyen
       Chris Nguyen
       Attorneys for Plaintiffs
       Cathy Sanders and Greg Sanders


Dated:  February 11, 2013          Respectfully submitted,

**BRYAN CAVE LLP**


By:    /s/ Sharon Stewart
       Sharon Stewart
       Attorneys for Defendant
       BANK OF AMERICA, N.A.

**ORDER**

Having reviewed the stipulation of Plaintiffs CATHY SANDERS, and GREG SANDERS and Defendant BANK OF AMERICA, N.A. and good cause appearing, the deadline for Defendant to respond to Plaintiff's Complaint is extended to **February l9, 2013**.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/11/2013       /s/ John A. Mendez
                      Judge of the United States District Court
                      Eastern District of California