FILED

APR 3 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY SANDERS and GREG SANDERS,<br><br>                Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; SELECT PORTFOLIO SERVICING, INC. and DOES 1 – 10, inclusive,<br><br>                Defendants. | Case: 2:13-CV-00203-JAM-DAD<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT<br><br>Hon. Judge John A. Mendez<br><br>Date:   April 3, 2013<br>Time:   9:30 a.m.<br>Courtroom: 6<br><br>Complaint Filed:   October 30, 2012<br>Trial Date:   Not Assigned |

Defendant Bank of America, N.A.'s ("Defendant") Motion to Dismiss ("Motion") the Complaint of Plaintiffs Cathy Sanders and Greg Sanders came on for hearing before this Court on April 3, 2013, the Hon. John A. Mendez presiding.

The Court has read and considered the Motion papers filed in support of and in opposition to the Motion, the arguments of counsel at the hearing, and the case file in this action. Good cause appears for the requested relief,

**IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Dismiss Plaintiffs' Complaint is granted;
2. Each of Plaintiffs' causes of action against Defendant shall be, and hereby are, dismissed with prejudice and without leave to amend; and
3. Judgment shall be entered in favor of Defendant, and Plaintiffs shall take nothing by their Complaint against Defendant.

Dated: 4-3-2013

Hon. Judge John A. Mendez
United States District Court Judge