LOCKE LORD LLP
Conrad V. Sison, 217197
csison@lockelord.com
Matthew B. Nazareth, 278405
mnazareth@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: 213-485-1500
Facsimile: 213-485-1200

Attorneys for Defendant
SELECT PORTFOLIO SERVICING, INC.

**FILED**
APR 3 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY SANDERS and GREG SANDERS<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; SELECT PORTFOLIO SERVICING, INC. and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 13-cv-00203-JAM-DAD<br>Hon. John A. Mendez<br><br>[PROPOSED] ORDER GRANTING MOTION TO DISMISS<br><br>Date: April 3, 2013<br>Time: 9:30 a.m.<br>Courtroom: 6 |

///
///
///
///
///
///
///

[PROPOSED] ORDER

*Sanders v. Bank of America, et al.*

1   The Court, having considered defendant Select Portfolio Servicing, Inc.'s
2   ("SPS") Motion to Dismiss Plaintiffs Cathy Sanders and Greg Sanders' ("Plaintiffs")
3   Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) hereby **GRANTS** the
4   Motion to Dismiss on the grounds that Plaintiffs' Complaint fails to state a claim on
5   which relief may be granted.  The Court finds that amendment of the Complaint
6   would be futile, and, accordingly, the Complaint is hereby dismissed **WITH**
7   **PREJUDICE**.

Dated: 4-3-2013

Honorable John A. Méndez
United State District Judge
Eastern District of California